# IN THE SUPREME COURT OF THE STATE OF NEVADA

ELDON P. ANDERSON,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
JAMES CROCKETT, DISTRICT
JUDGE,
Respondents,
  and
LAW OFFICE OF MONIQUE A.
MCNEILL,
Real Party in Interest.

No. 79535

**FILED**

MAR 02 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
      DEPUTY CLERK

## *ORDER DISMISSING PETITION*

On January 9, 2020, this court directed petitioner to submit either the requisite filing fee, or an affidavit demonstrating his inability to pay, which substantially complies with Form 4 of the Nevada Rules of Appellate Procedure. To date, petitioner has not submitted an affidavit or paid the filing fee. Accordingly, this petition is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. James Crockett, District Judge
Eldon P. Anderson
Monique A. McNeill
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

20-08312